FILED
December 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003164530

1  EDDIE R. JIMENEZ (CA SBN 231239)
   MATTHEW R. CLARK (CA SBN 271054)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5

6  Attorneys for   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS
                   FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-
7                  THROUGH CERTIFICATES, SERIES 2007-2

8

9                              UNITED STATES BANKRUPTCY COURT

10                    EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

11  | In re | Case No. 10-32799 |
    |---|---|
12  | RODGER LELAND BERZINSKI AND | Chapter 13 |
    | JUDITH BERZINSKI, | |
13  | | D.C. No. PD-1 |
    | Debtor(s). | |
14  | | DECLARATION IN SUPPORT OF |
    | | MOTION FOR RELIEF FROM |
15  | | AUTOMATIC STAY |
    | | (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
16  | | |
    | HSBC BANK USA, NATIONAL | LBR 4001-1 and 9014-1(f)(2) |
17  | ASSOCIATION AS TRUSTEE FOR WELLS | |
    | FARGO ASSET SECURITIES | |
18  | CORPORATION, MORTGAGE PASS- | DATE:     January 18, 2011 |
    | THROUGH CERTIFICATES, SERIES 2007- | TIME:     1:00 p.m. |
19  | 2, | CTRM:     33 |
20  | Movant, | 501 "I" Street |
    | | Sacramento, CA 95814 |
21  | vs. | |
22  | RODGER LELAND BERZINSKI AND | |
    | JUDITH BERZINSKI, Debtor(s); | |
23  | LAWRENCE J. LOHEIT, Chapter 13 Trustee, | |
24  | Respondents. | |
25  | | |

26         I, Teresa Diaz-Cochran, declare:

27         1)       I am employed as a VP Loan Documentation by Wells Fargo Home Mortgage. I have

28  personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could

- 1 -

000014-1220125-M                                                                              10-32799

1  and would competently testify thereto. I am over 18 years of age. I have knowledge regarding HSBC
2  Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage
3  Pass-Through Certificates, Series 2007-2's ("Movant") interest in the real property that is the subject
4  of this Motion.

5      2)    I am employed by Wells Fargo Home Mortgage, the authorized loan servicing agent
6  for Movant and I am duly authorized to make this declaration on behalf of Movant.

7      3)    I am familiar with the manner and procedures by which Wells Fargo Home
8  Mortgage's business records are obtained, prepared, and maintained. Those records are obtained,
9  prepared, and maintained by Wells Fargo Home Mortgage's employees or agents in the performance
10 of their regular business duties at or near the time, and conditions, and/or events recorded thereon.
11 The records are made either by persons with knowledge of the matters they record or from
12 information obtained by persons with such knowledge. I have knowledge and/or access to Wells
13 Fargo Home Mortgage's business records regarding the Note and Deed of Trust that are the subject
14 of this action and have personally reviewed these business records prior to executing this
15 declaration.

16     4)    On or about December 8, 2006, Rodger Leland Berzinski and Judith Berzinski
17 ("Debtors"), for valuable consideration, made, executed and delivered to Wells Fargo Bank, N.A.
18 ("Lender") a Note in the principal sum of $576,000.00 (the "Note"). Pursuant to the Note, Debtors
19 are obligated to make monthly principal and interest payments commencing February 1, 2007, and
20 continuing until January 1, 2037, when all outstanding amounts are due and payable. A copy of the
21 Note is attached to the concurrently served and filed Exhibits to the Declaration in Support of
22 Motion for Relief From Automatic Stay ("Exhibits") as exhibit A and incorporated herein by
23 reference.

24     5)    Movant qualifies as the Note Holder and is entitled to payments under the Note.

25     6)    On or about December 8, 2006, Debtors made, executed and delivered to Lender a
26 Deed of Trust (the "Deed of Trust") granting Lender a security interest in the certain real property
27 located at 505 Cambridge Drive, Benicia, California 94510 ("Real Property"), which is more fully
28 described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as

a result of the Debtors' bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on December 19, 2006, in the Official Records of Solano County, State of California. A copy of the Deed of Trust is attached to the Exhibits as exhibit B and incorporated herein by reference.

7)    Subsequently, Lender's beneficial interest in the Deed of Trust was assigned and transferred to Movant. A copy of the Corporation Assignment of Deed of Trust evidencing the Assignment of the Deed of Trust to Movant is attached to the Exhibits as exhibit C and incorporated herein by reference.

8)    As the loan servicer, Wells Fargo Home Mortgage acts as an agent for Movant and is responsible for the administration of the loan until the loan is paid in full, assigned to another creditor, or the servicing rights are transferred. Administering the loan includes sending monthly payment statements, collecting monthly payments, maintaining records of payments and balances, collecting and paying taxes and insurance (and managing escrow and impound funds), remitting monies tendered under the Note to Movant, following up on loan delinquencies, home loan workouts and home retention programs, and other general customer service functions. Further, in the event of a default under the terms of the Note or Deed of Trust, Wells Fargo Home Mortgage is authorized by Movant under the terms of the loan servicing agreement to enforce the terms of the Deed of Trust.

9)    The Debtors are in default of their obligations under the Note for failure to make payments as of December 1, 2009. As of December 6, 2010, the total amount owing under the Note is the approximate sum of $624,245.09, representing the principal balance of $576,000.00, interest in the sum of $40,283.02, escrow advances in the amount of $4,117.49, late charge in the amount of $1,377.00, other fees in the amount of $115.00 and recoverable balance in the amount of $2,838.82, les suspense of $486.24. Further, Movant has incurred additional post-petition attorneys' fees and costs in bringing the instant Motion. This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to pay off the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel.

1  10) Movant has not received the post-petition payments owing for October 1, 2010 through December 1, 2010. Accordingly, the post-petition arrears owing under the Note are in the approximate sum of $9,261.78, consisting of three payments of $3,249.34 and less a suspense balance of $486.24, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion. A copy of the post-petition payment accounting pursuant to Local Rule 4001(d)(1) is attached to the Exhibits as exhibit D and incorporated herein by reference.

11) Pursuant to L.B.R. 4001(d)(2), on November 10, 2010, Movant caused a letter to be sent to Debtors' counsel and the Chapter 13 Trustee advising of the default, and providing an opportunity to cure the default. A copy of the default letter is attached to the Exhibits as exhibit E and incorporated herein by reference.

12) Movant is informed and believes that, based on the Debtors' bankruptcy Schedules, the fair market value of the Real Property is no more than $476,000.00 Copies of Debtors' bankruptcy Schedules A and D are collectively attached to the Exhibits as exhibit F and incorporated herein by reference.

13) Based on the above, under the best case scenario, Movant is informed and believes that the equity in the Real Property is as follows:

| | |
|---|---:|
| Fair Market Value: | $476,000.00 |
| Less: | |
|   Movant's Trust Deed | $624,245.09 |
|   Wells Fargo Bank, N.A.'s Second Mortgage | $50,000.00 |
|   Costs of Sale (8%) | $38,080.00 |
| Equity in the Property: | $<236,325.09> |

14) Pursuant to and upon confirmation of the Debtors' Chapter 13 Plan, the Debtors intend to surrender the Real Property in full satisfaction of Movant's secured claim. A copy of Debtors' Chapter 13 Plan is attached to the Exhibits as exhibit G and incorporated herein by reference.

/././
/././
/././
/././

|1| I declare under penalty of perjury under the laws of the United States of America that the
|---|
|2| foregoing is true and correct. Executed this ___15___ day of ___Ja___, 2010, at
|3| Fort Mill, South Carolina.

_____
Teresa Diaz-Cochran
VP Loan Documentation

- 5 -

000014-1220125-M            10-32799